Rigna L copy

Rev. 5/2017 Prisoner Complaint

**United States District Court**
Eastern District of North Carolina
Western Division

FILED
JUN 11 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case No. 5:18-CT-3136
(To be filled out by Clerk's Office only)

Will Anderson #37075-118
P.O. Box 1500, Butner, NC 27509

Inmate Number 37075-118

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

United States of America, et. al.

# COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Name: Will Anderson #37075-118

Prisoner ID #: Fed. Reg. 37075-118

Place of Detention: Federal Correction Institution 2

Institutional Address: P.O. Box 1500 / FCI-2

City: Butner   State: NC   Zip Code: 27509

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee  ☐ State  ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☒ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **United States of America,**
Name: Civil Division
Current Job Title: U.S. Department of Justice
Current Work Address: 10th and Penn. Ave. N.W.
City: Washington   State: DC   Zip Code: 20001

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

Defendant 2: **Kilpatrick, Medical Administrator**
Name
Current Job Title: FCI-2 Health Service Administrator
Current Work Address: P.O. 1500 (FCI-2)
City: Butner   State: NC   Zip Code: 27509

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: _Mrs. Hernandez_
Name

_FCI-2 Unit Manager for M-Unit Bldg._
Current Job Title

_P.O. Box 1500_
Current Work Address

_Butner_         _NC_         _27509_
City             State        Zip Code

Capacity in which being sued: ☐ Individual ☑ Official ☐ Both

Defendant 4: _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City         State         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Federal Correctional Institution-2/ M-Unit Walkway

Date(s) of occurrence: February 10, 2018 Approximately 7:30 Am

State which of your federal constitutional or federal statutory rights have been violated:

Neglected To Follow Federal Bureau of Prisons Medical Policies Statement #6040.64 In Non-discrimination To Inmate(s) And P.S. # (Standard of Employee Conduct); First and Fifth Constitutional Amendments

State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS: I address Unit Manager Ms. Hernandez I need to be removed off M/C Unit 25ft up Stair and Place on the Bottom Unit M/A as No Longer To up And Down MC/Unit unless with the Assist of (R. Robinson #69811-007) And (Bertram White #11555-104) To Reach Top of MC/Unit At All Time Mrs. Hernandez, Unit Could have prevent the Plaintiff from Fallen From Physical weakness by Removing him To Bottom Range M/A Unit After She witnessed Mr. Anderson could not Travel up and Down Fight of Stairway. Mrs. Hernandez, Unit Manager in Vindictive matter Left the decision making on Medical Administrator Where she could had made the same decision To Remove Mr. Anderson on Bottom Unit Conductive To His "Health and Care Level (3) with "Rhemtold Arthritis." Neglected To prevent within her duty and Responsibities care, control, and custody by BOP's Health Care Propragm Statements. See attached Exhibit "A."

**What happened to you?**

Medical Staff Here have Refuse to Follows Federal Bureau of Prisons' Lockdown "Flu" pretext Quarantine without prior Staff notification for Five days. Medical Administrator Kilpatrick did not let myself and other inmates they were in entitle to No Meat Trays, No Medication until MC Unit open back up, in the meantime all Medication Pain etc Must be brought in Commissary that was not BOP's Policy Statement upon dictation and not Policy. Plaintiff went for 5 days without a Wholesome Meal Following his Teacher, Leader Books "How to Eat to Live, I-II Books. Violation of Plaintiff Religion privilege Rights

**When did it happen to you?**

On or about February 11, 2018 (Sunday) Morning Approximately 7:30 AM coming Down Flight of MC Unit Stairway onto the Walkway Where felted dizzey and passout. Next Istitution doctor signed me off to go too Duke's Region Hospital where I stayed there for Two days. (I do not know exactly what the Cause until (Discovery) Malnutrion? Stroke?

**Where did it happen to you?**

MC Unit outside Stairway at the Bottom of Walkway at FCI-2 in Front of M Unit where I Falled and pass out

**What was your injury?**

(1) 5 Five stitches on Right side of the Forehead

(2) Double vision in Both eyes

(3) Lost his Eqilibrium (Phyical) Balance where Must use "Walker" to enhance his Movements Standing up And sitting Down Cause Came About After his Stroke on February 11, 2018.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No

If no, explain why not:

N/A

Is the grievance process completed? ☒ Yes ☐ No
If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

(1) Be Award in Amount of ($250,000) for Negligences Cause of Injuries.

(2) Be Given pro Bona Civil Attorney to Legal Representation to Further investigation to gather all the pertinent Medical Records; obtain Plaintiff's Affidavits of Witnesses Named in Complaint; Gather All essential Policy statements support dereliction to perform a duty and Responsibilities on pretext Flu Lockdown for (5) days.

(3) Be Awarded punitive Damage And Compensation for Neglection of Prevent Personal injuries. Any Other just Cause is Appropriate Fair And just by this Honorable Court.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? ONE?

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Class Action Lawsuit: Elijah Karriem, et al. -vs- District of Columbia, Government, et al. docket No. (?) U.S. District Courthouse in 1999; Results Defendants made proposal Out of Court Settlement $25,000, for Division by (4) Members as Plaintiffs Finalized by Attorneys Pro Bono Wiley, Rein and Fielding K St., N.W. DC 20006. [Cause Violation of Religion - Diet in Violation of their First Amendment Right to Exercise].

IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

June 1, 2018
Dated

Will Anderson
Plaintiff's Signature

WILL ANDERSON
Printed Name

#37075-118
Prison Identification #

P.O. Box 1500    Butner,    NC    27509
Prison Address    City    State    Zip Code